Margaret F. Mangold, Appellee, v. R. Henry Mangold, Appellant.

Gen. No. 46,451. 

First District, Third Division.

March 16, 1955.

Released for publication April 7, 1955.

Walter C. Wellman, for appellant; no brief filed for appellee. Opinion by JUSTICE LEWE. Not to be published in full.